DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SARAH B. ALLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0406

————————————————

June 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Sarasota County; Donna Marie Padar, Judge.

Sarah B. Allen, pro se.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.